ALFRED G. JOHNSON, SBN 38790
LAW OFFICES OF LYLE C. CAVIN, JR.
201 Fourth Street, Suite 102
Oakland, California 94607
(510) 444-2501

Attorneys for Plaintiff
Joe Walker

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE WALKER, | Case No. C 09-01034 EDL |
| Plaintiff, | **PLAINTIFF'S REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND** ~~PROPOSED~~ **ORDER**  AS MODIFIED |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendants.       / | |

Plaintiff, Joe Walker, by and through his attorneys, requests that the case management conference currently set for June 16, 2009, at 10:00 a.m. before the Honorable Elizabeth D. Laporte be continued to July 28, 2009, at 10:00 a.m.

Good cause exists for this continuance as the case is not yet at issue. The sole defendant, the United States of America, has not answered plaintiff's Complaint and is not scheduled to do so until June 22, 2009, which is after the presently set Case Management Conference.

Dated:  June 9, 2009                                         LAW OFFICES OF LYLE C. CAVIN, JR.


                                                             By: _____/s/_____
                                                                  Alfred G. Johnson
                                                                  Attorneys for Plaintiff
                                                                  Joe Walker

## [P~~ROPOSED~~] ORDER

As this case is not yet at issue, good cause exists to ~~continue the Case~~ August 4, 2009
Management Conference presently set for June 16, 2009, to ~~July 28, 2009~~, at 10:00 a.m. Case Management Statement shall be filed by July 28, 2009.

Dated: 6/10/09

                      MAGISTRATE JUDGE OF THE FEDERAL COURT
                      ELIZABETH D. LAPORTE

*IT IS SO ORDERED AS MODIFIED*
*Judge Elizabeth D. Laporte*