ALFRED G. JOHNSON, SBN 38790
LAW OFFICES OF LYLE C. CAVIN, JR.
201 Fourth Street, Suite 102
Oakland, California 94607
(510) 444-2501

Attorneys for Plaintiff
Joe Walker

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE WALKER,<br><br>      Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>      Defendants.          / | Case No. C 09-01034 ~~EDL~~ TEH<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER TO EXTEND THE MEDIATION DEADLINE** |

Plaintiff, JOE WALKER, and Defendant, UNITED STATES OF AMERICA, hereby stipulate to extend the deadline to mediate this matter. Currently the mediation deadline is April 30, 2010. The parties have agreed to move the mediation deadline 60 days back, to June 29, 2010.

Good cause for this extension exists because there are two key depositions, the deposition of the Chief Mate and the Chief Electrician that have been noticed but have not yet been completed. Also, there is an upcoming vessel inspection that will not be able to be completed prior to the current mediation deadline on April 30, 2010.

Both parties are confident that this extension will be all that is required in order to prepare for a meaningful mediation. The parties do not anticipate a need to change any previously set deadlines.

Dated:  April 7, 2010            LAW OFFICES OF LYLE C. CAVIN, JR.


                                 By:  _____/s/_____
                                      Alfred G. Johnson
                                      Attorneys for Plaintiff
                                      Joe Walker

Dated:  April 7, 2010            UNITED STATES OF AMERICA


                                 By:  _____/s/_____
                                      R. Scott Blaze
                                      Attorney for Defendant
                                      United States of America

**ORDER OF THE COURT**

GOOD CAUSE having been shown, the mediation deadline in this case is to be extended 60-days.  The new deadline to mediate this mater is now **June 29, 2010.**

Dated: _____04/08/10_____         _____
                                  Hon. Thelton E. Henderson
                                  FEDERAL DISTRICT COURT JUDGE

