```
 1  TONY WEST
    Assistant Attorney General
 2  MELINDA L. HAAG
    United States Attorney
 3  R. MICHAEL UNDERHILL (CSBN 104986)
    Attorney in Charge, West Coast Office
 4  Torts Branch, Civil Division
    R. SCOTT BLAZE
 5  Senior Admiralty Counsel
    Torts Branch, Civil Division
 6  U.S. Department of Justice
    7th Floor Federal Bldg., Room 7-5395
 7  P.O. Box 36028
    450 Golden Gate Avenue
 8  San Francisco, California 94102-3463
    Telephone: (415) 436-6635; 436-6648
 9  Fax: (415) 436-6632
    mike.underhill@usdoj.gov; scott.blaze@usdoj.gov
10
    Attorneys for Defendant
11  United States of America

12
    ALFRED G. JOHNSON
13  CHRISTOPHER WINDSOR GOODROE
    Law Offices of Lyle C. Cavin, Jr.
14  201 Fourth Street Suite 102
    Oakland, CA 94607
15  Telephone: (510) 444-2501
    Fax: (510) 444-4209
16  cavin@earthlink.net

17  Attorneys for Plaintiff
    Joe Walker
18
                    UNITED STATES DISTRICT COURT
19               FOR THE NORTHERN DISTRICT OF CALIFORNIA

20  JOE WALKER,                    )   CIVIL NO. C09-1034 TEH
                                   )
21              Plaintiff,         )
                                   )
22        v.                       )
                                   )
23  UNITED STATES,                 )   (PROPOSED) ORDER
                                   )
24              Defendant.         )
                                   )
25  _____)

26

27

28
```

```
 1
 2
 3
 4
 5
 6
 7
 8
 9                    UNITED STATES DISTRICT COURT
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
    JOE WALKER,                        )    CIVIL NO. C09-1034 TEH
11                                     )
                Plaintiff,              )
12                                     )
           v.                          )
13                                     )
    UNITED STATES,                     )    ORDER
14                                     )
                Defendant.              )
15  _____)

16       Upon JOINT STIPULATION of the parties, the time in which settlement of this
17  matter must be completed is extended to sixty days from the date of this ORDER.
18       Dated _____07/25_____, 2011.
19
20
                                    UNITED STATES DISTRICT JUDGE
21                                  [signature: Thelton E. Henderson]
                                    Judge Thelton E. Henderson
22
23
24
25
26
27
28
    ORDER                              1                         C09-1034 TEH
```